UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In Re Rapid Settlements, et al.; SYMETRA LIFE INSURANCE COMPANY, et al.

*Plaintiff*

v.

FINSERV CASUALTY CORPORATION, et al.

*Defendant*

Civil Action No.   CV-13-5030-LRS

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiffs' Motion for Attorney Fees and Costs is granted.  Plaintiff Symetra is awarded its fees and costs in the amounts of $17,340.50 (fees) and $541.62 (costs) for a total judgment amount of $17,882.12 against Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  August 15, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb